## 2416.   BONE v. THE STATE.

POWELL, J.   Where the bill of exceptions is not served upon the opposite party or his counsel within the time required by law, a subsequent acknowledgment of service will not prevent dismissal for lack of compliance with the statutory requirement as to service, unless, in addition to the subsequent acknowledgment of service, there is an agreement that the case may be heard by the Supreme Court or the Court of Appeals, as the case may be. Civil Code, § 5547, par. 3; *Moss* v. *Burch*, 99 *Ga.* 94 (24 S. E. 865); *Dunlap* v. *Seals*, 130 *Ga.* 350 (60 S. E. 851).

*Writ of error dismissed.*

Submitted March 8,—Decided April 6, 1910.
*Clarence E. Adams,* for plaintiff in error.
*J. F. L. Bond, solicitor,* contra.

## 2417.   HERRINGTON v. THE STATE.

HILL, C. J.   No error of law is complained of, and there is some evidence to support the verdict.      *Judgment affirmed.*

Accusation of attempt to commit burglary; from city court of Macon—Judge Hodges. January 15, 1910.
Submitted March 8,—Decided April 6, 1910.
*S. B. Hatcher, W. D. McNeil,* for plaintiff in error.
*Walter J. Grace, solicitor-general,* contra.